■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN MARTINEZ-DIAZ, Appellant. [815 NYS2d 870]—Appeal from a judgment of the Supreme Court, Erie County (Ronald H. Tills, A.J.), rendered October 20, 2004. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a controlled substance in the fifth degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Memorandum: On appeal from a judgment convicting him, upon his plea of guilty, of criminal possession of a controlled substance in the fifth degree (Penal Law § 220.06 [5]), defendant contends that he did not validly waive his right to appeal. We reject that contention (*see generally People v Callahan*, 80 NY2d 273, 280 [1992]). Contrary to the further contention of defendant, his general waiver of the right to appeal encompasses his present challenge to Supreme Court's suppression ruling (*see People v Kemp*, 94 NY2d 831, 833 [1999]; *People v King*, 27

AD3d 1160 [2006]). Present—Gorski, J.P., Martoche, Green, Pine and Hayes, JJ.